Argued and submitted September 25, appeal dismissed November 18, 1987, reconsideration denied March 25, petition for review dismissed and appeal dismissed by stipulation April 6, 1988 (305 Or 467)

## WILLAMETTE VIEW ASSOCIATES, INC.,
*Plaintiff,*

## PETTIBON,
*Appellant,*

*v.*

## LORD,
*Defendant,*

## BEESON,
*Respondent.*

(A8509-05830; CA A41110)

744 P2d 1334

Craig D. White, Portland, argued the cause and filed the briefs for appellant.

John Lundeen, Lake Oswego, argued the cause and filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Respondent moved to dismiss this appeal, because it was moot. We denied the motion with leave for respondent to renew it in its brief and at oral argument. We allow the motion.

Appeal dismissed.